# Order

Michigan Supreme Court
Lansing, Michigan

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161836(69)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PENNIE MARIE DAVIS,
       Plaintiff-Appellee,

v

       SC: 161836
       COA: 344203
       Jackson CC: 16-000344-CZ

JACKSON PUBLIC SCHOOLS,
       Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 22, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020



Clerk